# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edith Stanfield, | No. CV-21-01535-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Lasalle Corrections West LLC, | |
| Defendant. | |

Pending before the Court is Defendant Lasalle's Unopposed Motion to Substitute (Doc. 28). On January 24, 2022, Plaintiff filed a Motion for Conditional Certification, for Approval and Distribution of Notice and for Disclosure of Contact Information. (Doc. 22). Defendant filed its Response in Opposition on February 7, 2022. (Doc. 26). Defendant's Response includes a declaration of Doris C. Honea. (Doc. 26-1).

On February 15, 2022, Defendant realized that the unsigned declaration of Doris C. Honea was inadvertently submitted to the Court instead of the signed declaration. (Doc. 28 at 2). Defendant therefore seeks leave to substitute the unsigned declaration of Doris C. Honea with the properly executed document (Doc. 28-2). Finding good cause, the Court will grant Defendant's Unopposed Motion. (Doc. 28).

Accordingly,

**IT IS HEREBY ORDERED** that Doris C. Honea's signed declaration (Doc. 28-2) be substituted for the opposition declaration in the record at Doc. 26-1.

**IT IS FURTHER ORDERED** kindly directing the Clerk of Court to file the signed

declaration of Doris C. Honea (Doc. 28-2).

Dated this 16th day of February, 2022.

_____
Honorable Diane J. Humetewa
United States District Judge