# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edith Stanfield, | No. CV-21-01535-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Lasalle Corrections West LLC, | |
| Defendant. | |

This matter is before the Court on Defendant's Unopposed Motion to Continue (Doc. 37).

**IT IS ORDERED** the Motion (Doc. 37) is **GRANTED** and that deadlines are extended as follows:

1.  The deadline for completing fact discovery: January 30, 2023.

2.  The deadline for Plaintiff's expert disclosures: February 27, 2023.

3.  The deadline for Defendant's expert disclosures: March 30, 2023.

4.  The deadline for rebuttal expert disclosures, if any: May 1, 2023.

5.  The deadline to complete expert depositions: May 30, 2023.

6.  The deadline for filing dispositive motions: June 28, 2023.

7.  The deadline for engaging in good faith settlement talks: January 30, 2023. No later than five working days after the deadline set forth in the preceding sentence, the parties shall file a joint report on settlement talks executed by or on behalf of all counsel.

**IT IS FURTHER ORDERED** that the remainder of the original Rule 16

Scheduling Order (Doc. 17) is AFFIRMED.

**IT IS FINALLY ORDERED** that given the length of the requested extension, no further extensions of time will be granted absent extraordinary circumstances.

Dated this 29th day of August, 2022.

_____
Honorable Diane J. Humetewa
United States District Judge