# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edith Stanfield, | No. CV-21-01535-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Lasalle Corrections West LLC, | |
| Defendant. | |

This matter is before the Court on Defendant's unopposed Motion to Continue Pretrial Deadlines (Doc. 46). Defendant again requests a 120-day extension of all pretrial deadlines. This is the second time Defendant has sought a 120-day extension of the case management deadlines. (*See* Doc. 37). Defendant's Motion does not explain why additional time is needed, except to say the parties are still engaged in discovery and are in settlement discussions. (Doc. 46 at 2). The parties' Scheduling Order clearly states:

> **TAKE NOTICE** that the deadlines contained herein are real. Pursuant to the Civil Justice Reform Act of 1990 the Court is obligated to facilitate civil cases in a manner which reduces delay of adjudication. The Court expects the parties to adhere to the case management schedule as well as to the Federal Rules of Civil Procedure and Local Rules. Requests to extend deadlines shall be made only under extraordinary circumstances; *settlement negotiations do not constitute extraordinary circumstances*.

(Doc. 17 at 7 (emphasis in original)). Under such circumstances, the Court declines to grant another 120-day continuance. Reluctantly, the Court will grant a more conservative continuance and put the parties on notice, again, that additional requests to extend these

deadlines will only granted in exceptional circumstances.

Accordingly,

**IT IS ORDERED** the Motion (Doc. 46) seeking a 120-day continuance of all case management deadlines is **denied.** Instead, the current deadlines shall be extended by 45 days, as follows:

1.      The deadline for completing fact discovery: March 15, 2023.

2.      The deadline for Plaintiff's expert disclosures: April 12, 2023.

3.      The deadline for Defendant's expert disclosures: May 13, 2023.

4.      The deadline for rebuttal expert disclosures, if any: June 14, 2023.

5.      The deadline to complete expert depositions: July 13, 2023.

6.      The deadline for filing dispositive motions: August 11, 2023.

7.      The deadline for engaging in good faith settlement talks: March 15, 2023. No later than five working days after the deadline set forth in the preceding sentence, the parties shall file a joint report on settlement talks executed by or on behalf of all counsel.

**IT IS FURTHER ORDERED** that the remainder of the original Rule 16 Scheduling Order (Doc. 17) is **AFFIRMED**.

**IT IS FINALLY ORDERED** that absent extraordinary circumstances, no further extensions of these deadlines will be allowed.

Dated this 18th day of January, 2023.

_____
Honorable Diane J. Humetewa
United States District Judge

- 2 -