**McGLINCHEY STAFFORD, PLLC**
Magdalen Blessey Bickford (LA Bar No. 17472 *Admitted Pro Hac Vice*)
Camille R. Bryant (LA Bar No. 35063, *Admitted Pro Hac Vice*)
Brian Paino (AZ Bar No. 027091)
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
mbickford@mcglinchey.com
cbryant@mcglinchey.com
Telephone:   (504) 586-1200
Facsimile:   (504) 596-2800

**SHERMAN & HOWARD, L.L.C.**
John Alan Doran (AZ Bar No. 012112)
Lori Wright Keffer (AZ Bar No. 028144)
7033 East Greenway Parkway, Suite 250
Scottsdale, Arizona 85254-2080
jdoran@shermanhoward.com
lkeffer@shermanhoward.com
Telephone:   (480) 624-2710
Facsimile:   (480) 624-2029

Attorneys for *Defendant*

**LASALLE CORRECTIONS WEST, LLC**
**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| Edith Stanfield, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>Lasalle Corrections West, LLC,<br><br>          Defendant. | Case No.: 2:21-cv-01535-DJH<br><br>**JOINT MOTION FOR REFERRAL TO MAGISTRATE FOR PURPOSES OF SCHEDULING A SETTLEMENT CONFERENCE** |

       NOW INTO COURT, come Plaintiff Edith Stanfield, and Defendant, LaSalle Corrections West, LLC (the "parties"), who file this Joint Status Report and Motion for Referral to Magistrate for Purposes of Scheduling a Settlement Conference.

1.      On April 5, 2023, the parties filed a Joint Status Report on Settlement Negotiations (R. Doc. 57), in which they set forth that the specific terms of the settlement remained in dispute, despite agreement as to the principle of the settlement.

2.      In that Report, the parties requested a Settlement Conference with the Court.

3.      The Court then issued a Minute Entry providing that the parties could jointly request a referral to a magistrate for purposes of a settlement conference. (R. Doc. 58).

4.      The current deadline for the parties to file dismissal documents is June 5, 2023, pending other resolution or a stay of the matter.

5.      The parties intend to finalize settlement discussions, but will be able to do so more effectively by participating in a Settlement Conference with a magistrate.

6.      Accordingly, the parties request the Court order that they attend a Settlement Conference with a magistrate judge, to take place via Zoom videoconference.

7.      Counsel for Plaintiff has been consulted and is in agreement.

For these reasons, the parties request that this Court grant this Joint Motion for Referral to Magistrate for Purposes of Scheduling a Settlement Conference.

Respectfully submitted,

DATED: June 5, 2023

**McGLINCHEY STAFFORD, PLLC**

By: **_/s/ Camille R. Bryant_**
      MAGDALEN BLESSEY BICKFORD
      CAMILLE R. BRYANT
      Attorneys for _Defendant_
      **LASALLE CORRECTIONS WEST, LLC**

**JOINT MOTION FOR REFERRAL TO MAGISTRATE FOR PURPOSES OF SCHEDULING A SETTLEMENT CONFERENCE**

AND

BRIAN PAINO
Attorneys for *Defendant*
**LASALLE CORRECTIONS WEST, LLC**

**SHERMAN & HOWARD, L.L.C.**

By: _/s/ Lori Wright Keffer_
JOHN ALAN DORAN
JAKE TYLER RAPP
Attorneys for *Defendant*
**LASALLE CORRECTIONS WEST, LLC**

AND

**SANFORD LAW FIRM, PLLC**

By: _/s/ Josh Sanford_
JOSH SANFORD
Attorney for *Plaintiffs*
**EDITH STANFIELD, Individually and
on Behalf of All Others Similarly Situated**

JOINT MOTION FOR REFERRAL TO MAGISTRATE FOR PURPOSES OF SCHEDULING A
SETTLEMENT CONFERENCE

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon

3

all counsel of record and unrepresented parties in this matter via electronic mail, facsimile

4

transmission, and/or U. S. Mail, first class, postage prepaid and properly addressed this 5th day of

5

June, 2023.

6

7

*/s/ Camille R. Bryant*
CAMILLE R. BRYANT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT MOTION FOR REFERRAL TO MAGISTRATE FOR PURPOSES OF SCHEDULING A SETTLEMENT CONFERENCE**