**McGLINCHEY STAFFORD, PLLC**
Magdalen Blessey Bickford (LA Bar No. 17472 *Admitted Pro Hac Vice*)
Camille R. Bryant (LA Bar No. 35063, *Admitted Pro Hac Vice*)
Brian Paino (AZ Bar No. 027091)
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
mbickford@mcglinchey.com
cbryant@mcglinchey.com
Telephone:    (504) 586-1200
Facsimile:    (504) 596-2800

**SHERMAN & HOWARD, L.L.C.**
John Alan Doran (AZ Bar No. 012112)
Lori Wright Keffer (AZ Bar No. 028144)
7033 East Greenway Parkway, Suite 250
Scottsdale, Arizona 85254-2080
jdoran@shermanhoward.com
lkeffer@shermanhoward.com
Telephone:    (480) 624-2710
Facsimile:    (480) 624-2029

Attorneys for *Defendant*

**LASALLE CORRECTIONS WEST, LLC**
**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**PHOENIX DIVISION**

| | |
|---|---|
| Edith Stanfield, Individually and on Behalf of All Others Similarly Situated, | Case No.: 2:21-cv-01535-DJH |
| Plaintiff, | **O R D E R** |
| v. | |
| Lasalle Corrections West, LLC, | |
| Defendant. | |

Considering the foregoing Joint Motion for Referral to Magistrate for Purposes of Scheduling a Settlement Conference,

IT IS ORDERED that the Joint Motion for Referral to Magistrate for Purposes of Scheduling a Settlement Conference is granted.

1  Phoenix, Arizona, this ____ day of June, 2023.

_____
J U D G E