**McGLINCHEY STAFFORD, PLLC**
Magdalen Blessey Bickford (LA Bar No. 17472 *Admitted Pro Hac Vice*)
Camille R. Bryant (LA Bar No. 35063, *Admitted Pro Hac Vice*)
Brian Paino (AZ Bar No. 027091)
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
mbickford@mcglinchey.com
cbryant@mcglinchey.com
Telephone:   (504) 586-1200

**SHERMAN & HOWARD, L.L.C.**
John Alan Doran (AZ Bar No. 012112)
Jake Tyler Rapp (AZ Bar No. 36208)
7033 East Greenway Parkway, Suite 250
Scottsdale, Arizona 85254-2080
jdoran@shermanhoward.com
lkeffer@shermanhoward.com
Telephone:   (480) 624-2710

Attorneys for *Defendant*
LASALLE CORRECTIONS WEST, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Edith Stanfield, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Lasalle Corrections West, LLC,<br><br>Defendant. | Case No.: 2:21-cv-01535-DJH<br><br>**JOINT STATUS REPORT ON SETTLEMENT NEGOTIATIONS** |

Plaintiff Edith Stanfield, individually and on behalf of all others similarly situated ("Stanfield"), and Defendant LaSalle Corrections, West LLC (LaSalle) (collectively, the "Parties") submit this Joint Status Report pursuant to the Court's April 6, 2023 Order. (R. Doc. 58).

On February 20, 2023, the Parties filed a Joint Notice of Settlement. The parties then exchanged several drafts of a proposed settlement agreement and release via email. Counsel for the parties then meet and conferred on April 5, 2023 regarding specific terms of the settlement release that are in dispute. The parties advised the Court on April 5, 2023 that they have an impasse as to the language of the settlement release. Since that time, the parties have exchanged relevant case law regarding the terms in dispute. The parties have also requested referral to a Magistrate Judge to assist with finalizing the terms of the settlement.

To that end, the parties request that the Court allow an additional sixty (60) days to file a Stipulation of Dismissal or updated status report.

Respectfully submitted,

DATED: June 5, 2023

McGLINCHEY STAFFORD, PLLC

**EDITH STANFIELD, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and

**LASALLE CORRECTIONS WEST, LLC, DEFENDANT**

McGLINCHEY STAFFORD
601 Poydras Street, Suite 1200
New Orleans, Louisiana 70130
Telephone: (504) 586-2100

        Camille R. Bryant
        **Magdalen Blessey Bickford**
        **Brian Paino**
        cbryant@mcglinchey.com
        mbickford@mcglinchey.com
        bpaindo@mcglinchey.com

**JAKE TYLER RAPP**
**SHERMAN & HOWARD**
201 East Washington Street, Suite 800
Phoenix, AZ 85004
Telephone: (602) 240-3068
jrapp@shermanhoward.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record and unrepresented parties in this matter via the Court's electronic filing system, electronic mail, facsimile transmission, and/or U. S. Mail, first class, postage prepaid and properly addressed this 5th day of June, 2023.

        */s/ Camille R. Bryant*
        CAMILLE R. BRYANT