IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edith Stanfield,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Lasalle Corrections West LLC,<br><br>　　　　　　Defendant. | No. CV-21-01535-PHX-DJH<br><br>**ORDER** |

This matter is before the Court on the Joint Motion for Referral to Magistrate For Purposes of Scheduling a Settlement Conference (Doc. 59).  Accordingly,

**IT IS ORDERED** the Motion (Doc. 59) is **granted** and this matter is referred to to United States Magistrate Judge Eileen S. Willett for a settlement conference.  Counsel are directed to jointly contact the chambers of Judge Willett at (602) 322-7620 or Willett_Chambers@azd.uscourts.gov to schedule a settlement conference to be held on or before August 31, 2023 and for instructions regarding preparation for the conference.

No later than five (5) working days after the deadline set forth in the preceding paragraph, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of all counsel.  The parties shall promptly notify the Court at any time a settlement is reached during the course of this litigation.

Dated this 5th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　　　United States District Judge