# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edith Stanfield, | No. CV-21-01535-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Lasalle Corrections West LLC, | |
| Defendant. | |

This matter was referred to Judge Willett for a Settlement Conference (Doc. 61).

IT IS ORDERED setting a Telephonic Status Conference to discuss scheduling a Settlement Conference for **June 15, 2023 at 10:00 a.m.**  Counsel for Plaintiff is directed to make arrangements for a call-in conference call.  The conference phone number and ID code or password should be provided to the Court no later than three business days prior to the Telephonic Status Conference via email message to willett_chambers@azd.uscourts.gov.

**Counsel need not jointly call Chambers.**  Judge Willett will discuss scheduling at the Telephonic Status Conference set above.

Dated this 6th day of June, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge