# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

Case No.   CV-21-01535-PHX-DJH          DATE:  June 15, 2023

Title:  Edith Stanfield     vs.   Lasalle Corrections West LLC
             Plaintiff                         Defendant
================================================================

HON:   Eileen S. Willett     Judge #:   70CC

   Debbie Monroe                    Not Recorded
   Judicial Assistant               Reporter/ECRO

**APPEARANCES:**

Josh Sanford appearing for Plaintiff Edith Stanfield.

Magdalen Bickford appearing for Defendant Lasalle Corrections West LLC.

All appearances telephonic.

================================================================
**PROCEEDINGS:**        _____Open Court        _____Chambers     __X__Other


The Court held a Telephonic Status Conference.  Counsel agree that a settlement conference as discussed may be helpful to resolution of the remaining issue in their case.  Both counsel are available July 17, 2023 from 1:30 p.m. to 5:00 p.m.  Counsel shall email to the settlement Magistrate Judge's chambers their settlement memoranda, which will include the case law upon which they base their respective positions and a draft of their respective proposed releases.  Counsel shall email to the settlement Magistrate Judge their memoranda no later than July 10, 2023.  As the issue remaining in the case is a legal issue, the settlement Magistrate Judge excuses the presence of the parties for purposes of the settlement conference.


Total time:   20 mins.
10:00 a.m. – 10:20 a.m.