# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

Case No.   CV-21-01535-PHX-DJH          DATE:  July 17, 2023

Title:   Edith Stanfield       vs.    Lasalle Corrections West LLC
        Plaintiff                           Defendant
=====================================================================

HON:   Eileen S. Willett       Judge #:    70CC

  Debbie Monroe                        Not Recorded
  Judicial Assistant                   Reporter/ECRO

**APPEARANCES:**

Samuel Brown appearing for Plaintiff Edith Stanfield.

Camille Bryant and Magdalen Bickford appearing for Defendant Lasalle Corrections West LLC.

All appearances telephonic.

=====================================================================
**PROCEEDINGS:**       _____Open Court       _____Chambers       __X__Other


The settlement Magistrate Judge conducted a telephonic settlement conference.   Counsel participated in good faith.   Negotiations continue.

IT IS ORDERED setting a continued telephonic settlement conference for July 18, 2023 at 11:00 a.m.  Counsel for the defense will email to the Magistrate Judge and opposing counsel a conference call-in number.


Total time:   2 hours
1:30 p.m. – 3:30 p.m.