# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

Case No.   **CV-21-01535-PHX-DJH**          DATE:  **July 18, 2023**

Title:   **Edith Stanfield**   vs.   **Lasalle Corrections West LLC**
        Plaintiff                                    Defendant

=========================================================================

HON:  **Eileen S. Willett**      Judge #:  **70CC**

  **Debbie Monroe**                    **Not Recorded**
   Judicial Assistant                  Reporter/ECRO

**APPEARANCES:**

Samuel Brown appearing for Plaintiff Edith Stanfield.

Camille Bryant appearing for Defendant Lasalle Corrections West LLC.

All appearances telephonic.

=========================================================================
**PROCEEDINGS:**      _____Open Court      _____Chambers      __X__Other


The settlement Magistrate Judge conducted a continued telephonic settlement conference. Counsel participated in good faith. All issues for which the parties were referred to the settlement Magistrate Judge have been resolved.

IT IS ORDERED that counsel shall file a Joint Motion for Approval of Collective Action Settlement with the District Judge within 30 days of the filing of this Order.


Total time:   10 minutes
11:00 a.m. – 11:10 a.m.