IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

Edith Stanfield, Individually and on
Behalf of All Others Similarly Situated,

Plaintiffs,

v.

Lasalle Corrections West, LLC,

Defendant.

No. CV-21-01535-PHX-DJH

**ORDER GRANTING JOINT
MOTION FOR EXTENSION OF
TIME TO FILE MOTION FOR
APPROVAL OF SETTLEMENT**

Having considered Plaintiffs' and Defendant's Joint Motion for Extension of Time to File Motion for Approval of Settlement (ECF No. 67), this Court hereby **GRANTS** the Motion.

**IT IS ORDERED** that the parties shall file their Motion for Approval of Settlement on or before September 7, 2023.

DATED this ___ day of _____ 2023.

_____
**HON. DIANE J. HUMETEWA
UNITED STATES DISTRICT JUDGE**

1