# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edith Stanfield, | No. CV-21-01535-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Lasalle Corrections West LLC, | |
| Defendant. | |

Having considered the parties' Joint Motion for Extension of Time to File Motion for Approval of Settlement (Doc. 67),

**IT IS ORDERED** that the Motion (Doc. 67) **GRANTED**.  The parties shall file their Motion for Approval of Settlement on or before September 7, 2023.

Dated this 18th day of August, 2023.

Honorable Diane J. Humetewa
United States District Judge