Josh Sanford (Ark. Bar No. 2001037)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sanfordlawfirm.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Edith Stanfield, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Lasalle Corrections West, LLC,<br><br>Defendant. | No. CV-21-01535-PHX-DJH<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF SETTLEMENT** |

Plaintiff Edith Stanfield, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Lasalle Corrections West, LLC, ("Defendant"), by and through their undersigned counsel, submit the following Motion for Extension of Time to File Motion for Approval of Settlement:

1.      On July 18, 2023, the Parties participated in a telephonic settlement conference before United States Magistrate Judge Willet, during which the Parties were successful in their efforts to reach a settlement in principle of the case. *See* ECF No. 66.

2.  The Court entered a Minute Order on July 18, 2023 acknowledging the Parties' resolution and setting the deadline for submission of a Joint Motion for Approval of Collective Action Settlement as August 17, 2023. *See id.*

3.  On August 16, 2023, the Parties filed their Joint Motion for Extension, stating that they had drafted and finalized a settlement agreement document and 3 Plaintiffs had signed it. However, Plaintiffs' counsel had not yet been able to establish contact with the remaining opt-in plaintiff, although efforts to do so were ongoing. *See* ECF No. 67.

4.  Plaintiffs' counsel requires more time in order to communicate with the remaining opt-in plaintiff. This will be the last extension sought for this purpose.

5.  Accordingly, the Parties request that the Court allow them an additional fourteen (14) days from the filing of this Motion for Extension to fully execute their agreement and to file a Joint Motion for Approval of Settlement.

WHEREFORE, premises considered, the Parties respectfully request that the Court extend the deadline for the Parties' filing of a Joint Motion for Approval for Fourteen (14) days, to September 21, 2023.

RESPECTFULLY SUBMITTED this 7th day of September 2023.

        Respectfully submitted,

        **EDITH STANFIELD, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510

Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com

and     **DEFENDANT LASALLE CORRECTIONS WEST, LLC**

McGLINCHY STAFFORD
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900

*/s/ Camille Bryant*
Brian Paino
Camille Bryant
Mag Bickford
McGLINCHY STAFFORD
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900
bpaindo@mcglinchey.com
cbryant@mcglinchey.com
mbickford@mcglinchey.com

Jake Tyler Rapp
SHERMAN & HOWARD L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-3000
jrapp@shermanhoward.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this 7th day of September, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or U.S. First Class Mail if non-registrants:

Brian Paino
Camille Bryant
Mag Bickford
McGLINCHY STAFFORD
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
(949) 381-5900
bpaindo@mcglinchey.com
cbryant@mcglinchey.com
mbickford@mcglinchey.com

Jake Tyler Rapp
SHERMAN & HOWARD L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-3000
jrapp@shermanhoward.com

>             */s/ Josh Sanford*
>             Josh Sanford