IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Edith Stanfield, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Lasalle Corrections West, LLC,<br><br>Defendant. | No. CV-21-01535-PHX-DJH<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF SETTLEMENT** |

Having considered Plaintiffs' and Defendant's Joint Motion for Extension of Time to File Motion for Approval of Settlement (ECF No. 69), this Court hereby **GRANTS** the Motion.

**IT IS ORDERED** that the parties shall file their Motion for Approval of Settlement on or before September 21, 2023.

DATED this ___ day of _____ 2023.

**HON. DIANE J. HUMETEWA**
**UNITED STATES DISTRICT JUDGE**