# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edith Stanfield,<br><br>    Plaintiff,<br><br>v.<br><br>Lasalle Corrections West LLC,<br><br>    Defendant. | No. CV-21-01535-PHX-DJH<br><br>**ORDER** |

Before the Court is Plaintiffs' and Defendant's Joint Motion for Extension of Time to File Motion for Approval of Settlement (Doc. 69). For good cause showing,

**IT IS ORDERED** that the Motion (Doc. 69) is **granted**. The parties shall file their Motion for Approval of Settlement on or before September 21, 2023. Absent extraordinary circumstances, no further extensions of this deadline will be allowed.

Dated this 11th day of September, 2023.

Honorable Diane J. Humetewa
United States District Judge