Josh Sanford (Ark. Bar No. 2001037)
Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sanfordlawfirm.com
samuel@sanfordlawfirm.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Edith Stanfield, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Lasalle Corrections West, LLC,<br><br>Defendant. | No. CV-21-01535-PHX-DJH<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF CASSANDRA J. GRAHAM WITH PREJUDICE** |

Plaintiff Edith Stanfield ("Named Plaintiff"), individually and on behalf of others similarly situated, and Defendant Lasalle Corrections West, LLC, ("Defendant"), by and through their undersigned counsel, for their Stipulation of Dismissal of Plaintiff Cassandra J. Graham with Prejudice, state as follows:

1.  Named Plaintiff brought this action, individually and on behalf of all others similarly situated, against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). *See* ECF

2. Cassandra J. Graham filed her Consent to Join Collective Action on August 20, 2022. *See* ECF 39.

3. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal of Plaintiff Cassandra J. Graham with prejudice.

4. The dismissal of Plaintiff Cassandra J. Graham is not intended to, and will not, affect the claims of any other Plaintiffs.

5. The Parties hereby stipulate to the dismissal of Plaintiff Cassandra J. Graham from this case with prejudice.

RESPECTFULLY SUBMITTED this 20th day of September 2023.

Respectfully submitted,

**EDITH STANFIELD, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com

| | |
|---|---|
| and | **DEFENDANT LASALLE CORRECTIONS WEST, LLC** |

McGLINCHEY STAFFORD
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900

<u>/s/ Camille Bryant</u>
Brian Paino
Camille Bryant
Mag Bickford
McGLINCHEY STAFFORD
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900
bpaino@mcglinchey.com
cbryant@mcglinchey.com
mbickford@mcglinchey.com

Jake Tyler Rapp
John Alan Doran
SHERMAN & HOWARD
2555 East Camelback Road, Suite 1050
Phoenix, AZ 85016
Telephone: (602) 240-3000
jrapp@shermanhoward.com
jdoran@shermanhoward.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this 20th day of September, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or U.S. First Class Mail if non-registrants:

Brian Paino
Camille Bryant
Mag Bickford
McGLINCHEY STAFFORD
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
(949) 381-5900
bpaino@mcglinchey.com
cbryant@mcglinchey.com
mbickford@mcglinchey.com

Jake Tyler Rapp
John Alan Doran
SHERMAN & HOWARD
2555 East Camelback Road, Suite 1050
Phoenix, AZ 85016
(602) 240-3000
jrapp@shermanhoward.com
jdoran@shermanhoward.com

                                                  */s/ Josh Sanford*
                                                  Josh Sanford