Josh Sanford (Ark. Bar No. 2001037)
Samuel Brown (Ark. Bar No. 2020210)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sanfordlawfirm.com
samuel@sanfordlawfirm.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Edith Stanfield, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Lasalle Corrections West, LLC,<br><br>Defendant. | No. CV-21-01535-PHX-DJH<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

Plaintiff Edith Stanfield ("Named Plaintiff"), individually and on behalf of others similarly situated, and Defendant Lasalle Corrections West, LLC, ("Defendant"), by and through their undersigned counsel, jointly move this Court for an Order approving the Confidential Settlement Agreement and Release reached in this action under the Fair Labor Standards Act ("FLSA"), for the reasons set forth in the accompanying memorandum in support of this Motion.

Respectfully submitted,

**EDITH STANFIELD, Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT LASALLE CORRECTIONS WEST, LLC**

McGLINCHEY STAFFORD
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900

*/s/ Camille Bryant*
Brian Paino
Camille Bryant
Mag Bickford
McGLINCHEY STAFFORD
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900
bpaindo@mcglinchey.com
cbryant@mcglinchey.com
mbickford@mcglinchey.com

John Doran
Jake Tyler Rapp
SHERMAN & HOWARD L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-3000
jdoran@shermanhoward.com
jrapp@shermanhoward.com

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 21st day of September, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or U.S. First Class Mail if non-registrants:

Brian Paino
Camille Bryant
Mag Bickford
McGLINCHEY STAFFORD
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
(949) 381-5900
bpaindo@mcglinchey.com
cbryant@mcglinchey.com
mbickford@mcglinchey.com

John Doran
Jake Tyler Rapp
SHERMAN & HOWARD L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-3000
jdoran@shermanhoward.com
jrapp@shermanhoward.com

*/s/ Josh Sanford*
Josh Sanford