1

2

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

4

Edith Stanfield, Individually and on
Behalf of All Others Similarly Situated,

No. CV-21-01535-PHX-DJH

5

Plaintiffs,

6

v.

**ORDER GRANTING JOINT
MOTION FOR APPROVAL
OF SETTLEMENT**

7

Lasalle Corrections West, LLC,

8

Defendant.

9

10

11          Having considered Plaintiffs and Defendant's Joint Motion for Approval of

12   Settlement and Memorandum in Support (ECF Nos. 72 & 73), this Court hereby

13   **GRANTS** the Motion and finds as follows:

14          1.      The Settlement Agreement of the Parties is fair, adequate, and reasonable

15   resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29

16   U.S.C. § 201 *et seq.*, and thus, the Settlement Agreement is **APPROVED**.

17          2.      This matter is **DISMISSED** with prejudice. The Court retains jurisdiction

18   over the matter for thirty (30) days to enforce the terms of the agreement.

19

20          DATED this __ day of _____ 2023.

21                                                    _____
                                                     **HON. DIANE J. HUMETEWA**
22                                                   **UNITED STATES DISTRICT JUDGE**